IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL MCMORLAND,<br><br>　　　Plaintiff,<br><br>v.<br><br>AERO GLOBAL, LLC,<br><br>　　　Defendant. | Case No. 2:23-cv-01792-RJC |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Gabriel McMorland hereby voluntarily dismisses without prejudice her claims against Defendant Aero Global, LLC.

Dated: January 16, 2024

**CARLSON BROWN**

*/s/ R. Bruce Carlson*
R. Bruce Carlson
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*

So Ordered: 1/16/24

*s/Robert J. Colville*
Robert J. Colville
United States District Judge